# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

**JESSE CLUBB,**

          **Plaintiff,**

Case No. 20-cv-1683

v.

**MARINETTE COUNTY,** *et al.***,**

          **Defendants.**

## ADVANCED CORRECTIONAL HEALTHCARE, INC.'S
## PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendant, Advanced Correctional Healthcare, Inc. (hereinafter "ACH"), by its counsel, hereby moves the Court to partially dismiss Plaintiff's Complaint, *with prejudice*, pursuant to Federal Rule of Civil Procedure 12(b)(6) on the basis of Plaintiff's failure to state a claim upon which relief may be granted. Specifically, Defendant moves for the dismissal of the following claims against it:

1. Count 1, denial of medical treatment pursuant to 42 U.S.C. § 1983; and
2. Count 4, violation of Wis. Stat. § 101.11 (safe place claim).

The grounds of this Motion are more fully set forth in the accompanying Brief in Support of Defendant's Motion, which is incorporated by reference as if set forth fully at length herein.

Respectfully submitted,

**LEIB KNOTT GAYNOR LLC**

Dated: December 23, 2020   By: */s/ Charles R. Starnes*
Douglas S. Knott, SBN 1001600
Charles R. Starnes, SBN 1113293
Attorneys for Defendants Advanced Correctional Healthcare, Inc. and Ashley Cromell
219 N. Milwaukee Street, Suite 710
Milwaukee, WI 53202
Telephone: (414) 276-2102
Fax (414) 276-2140
Email  dknott@lkglaw.net
       cstarnes@lkglaw.net