UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JESSE CLUBB,

    Plaintiff,

v.

MARINETTE COUNTY, SHERIFF JERRY SAUVE, JOHN DOES 1-10, ADVANCED CORRECTIONAL HEALTHCARE, INC., BRIAN WRUK, ASHLEY ELAND, DOCTORS 1-10, NURSES 1-10, WISCONSIN COUNTY MUTUAL INSURANCE COMPANY, ARAMARK SERVICES, INC., ABC INSURANCE COMPANY, DEF INSURANCE COMPANY, GHI INSURANCE COMPANY, and JKL INSURANCE COMPANY,

    Defendants.

Case No.: 20-CV-01683-WCG

**PLAINTIFF'S RESPONSE TO DEFENDANT ADVANCED CORRECTIONAL HEALTHCRE, INC.'S PARTIAL MOTION TO DISMISS COUNTS 1 AND 4 OF PLAINTIFF'S COMPLAINT**

Plaintiff Jesse Clubb, by his counsel, Cade Law Group LLC, hereby stipulates to the dismissal, <u>without prejudice</u>, of Count 1 of Plaintiff's Complaint against Defendant Advanced Correctional Healthcare, Inc. Plaintiff hereby consents to the dismissal, <u>with prejudice</u>, of Count 4 of Plaintiff's Complaint against Advanced.

Dated this 19th day of January, 2021.	**CADE LAW GROUP LLC**

By: s/ NATHANIEL CADE, JR.
Nathaniel Cade, Jr. SBN:1028115
P.O. Box 170887
Milwaukee, WI 53217
(414) 255-3802 (phone)
(414) 255-3804 (fax)
nate@cade-law.com

Attorneys for Plaintiff Jesse Clubb