UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**JESSE CLUBB**,

      Plaintiff,

v.                Case No. 20-CV-1683

**MARINETTE COUNTY.**, *et al.*,

      Defendants.

---

### NOTICE OF WITHDRAWAL OF COUNSEL

---

**PLEASE TAKE NOTICE** that Attorney Allan J. Mazzulla is hereby withdrawn as one of the attorneys of record for Defendants Advanced Correctional Healthcare, Inc. and Ashley Cromell ("ACH Defendants") in the above-entitled action.

Attorney Douglas S. Knott of Leib Knott Gaynor LLC will remain as counsel on behalf of the ACH Defendants. Accordingly, the undersigned counsel's withdrawal will not adversely affect the representation of said defendants and will not delay the disposition of this case. In addition, please remove Attorney Mazzulla from the ECF notification list.

              Respectfully submitted,

              **LEIB KNOTT GAYNOR LLC**
              Attorneys for ACH Defendants

Dated this 3rd day of November, 2021 By: */s/ Alan J. Mazzulla*
              Alan J. Mazzulla, SBN 1107143
              219 North Milwaukee Street, Suite 710
              Milwaukee, WI 53202
              Phone: (414) 276-2102
              Fax: (414) 276-2140
              amazzulla@lkglaw.net