UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

JESSE CLUBB,

    Plaintiff,

v.    Case No.: 20-CV-1683

MARINETTE COUNTY, SHERIFF JERRY SAUVE, JOHN DOES 1-10, ADVANCED CORRECTIONAL HEALTHCARE, INC., BRIAN WRUK,
ASHLEY ELAND, DOCTORS 1-10, NURSES 1-10, WISCONSIN COUNTY MUTUAL INSURANCE COMPANY, ARAMARK SERVICES, INC.,
ABC INSURANCE COMPANY, DEF INSURANCE COMPANY, GHI INSURANCE COMPANY, and
JKL INSURANCE COMPANY,

    Defendants.

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Attorney Carlos R. Pastrana, hereby withdraws as counsel for Plaintiff. Attorney Pastrana will no longer be an attorney of record in the above-captioned case, and his name may be removed from the Court's e-filing distribution list.

Dated this 28th day of December, 2021. **CADE LAW GROUP LLC**

By: *s/ Annalisa Pusick*
Annalisa Pusick SBN: 1116379
P.O. Box 170887
Milwaukee, WI 53217
(414) 255-3802 (phone)
annalisa@cade-law.com
Attorneys for Plaintiff